ALEXANDER G. CALFO (SBN 152891)
    ACalfo@yukelaw.com
KELLEY S. OLAH (SBN 245180)
    KOlah@yukelaw.com
YUKEVICH CALFO & CAVANAUGH
355 S. Grand Avenue, 15th Floor
Los Angeles, CA  90071-1560
Telephone:     (213) 362-7777
Facsimile:      (213) 362-7788

Attorneys for DEPUY ORTHOPAEDICS, INC.,
JOHNSON & JOHNSON SERVICES, INC., and
JOHNSON & JOHNSON (Erroneously sued as
JOHNSON & JOHNSON, INC.)

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| TYEISHA WOOTEN,<br><br>Plaintiff,<br><br>vs.<br><br>DEPUY ORTHOPAEDICS, INC., JOHNSON & JOHNSON SERVICES, INC., JOHNSON & JOHNSON, INC.; THOMAS P. SCHMALZRIED, M.D., A PROFESSIONAL CORPORATION; THOMAS P. SCHMALZRIED, M.D., and DOES 1 through 20, inclusive,<br><br>Defendants. | CASE NO. C 11-01787 SBA<br><br>[PROPOSED] ORDER RE: STIPULATION TO STAY PROCEEDINGS<br><br>*Assigned to Hon. Saundra Brown Armstrong*<br><br>Action Filed:     March 21, 2011<br>Trial Date:        None Set |

Upon consideration of the Stipulation to Stay Proceedings submitted by Plaintiff TYEISHA WOOTEN and Defendants DEPUY ORTHOPAEDICS, INC., JOHNSON & JOHNSON SERVICES, INC., and JOHNSON & JOHNSON (Erroneously sued as JOHNSON & JOHNSON, INC.) (Hereafter collectively "the Parties"); upon consideration of all documents, files, and pleadings in this action; and upon good cause shown, it is hereby ORDERED that:

/ / /

/ / /

554904.1 / 25-060

[PROPOSED] ORDER RE: STIPULATION TO STAY PROCEEDINGS

1.   The Parties' request for a stay of proceedings is GRANTED;

2.   All proceedings in this action are hereby stayed, pending transfer to the Pinnacle Cup System MDL proceeding.

IT IS SO ORDERED.

Dated: __6/1__, 2011         _/s/ Sandra B. Armstrong_
                             Sandra Brown Armstrong
                             United States District Judge

Respectfully submitted,

DATED: June 1, 2011          YUKEVICH CALFO & CAVANAUGH


                             By:   */s/ Alexander G. Calfo*
                                   Alexander G. Calfo
                                   Kelley S. Olah
                                   Attorneys for DEPUY ORTHOPAEDICS, INC.,
                                   JOHNSON & JOHNSON SERVICES, INC., and
                                   JOHNSON & JOHNSON (Erroneously sued as
                                   JOHNSON & JOHNSON, INC.)

554904.1 / 25-060                     2
[PROPOSED] ORDER RE: STIPULATION TO STAY PROCEEDINGS

| | |
|---|---|
| 1 | **PROOF OF SERVICE** |
| 2 | **STATE OF CALIFORNIA, COUNTY OF LOS ANGELES** |

At the time of service, I was over 18 years of age and **not a party to this action**. I am employed in the County of Los Angeles, State of California. My business address is 355 South Grand Avenue, Fifteenth Floor, Los Angeles, California 90071-1560.

On June 1, 2011, I served true copies of the following document(s) described as **[PROPOSED] ORDER RE: STIPULATION TO STAY PROCEEDINGS** on the interested parties in this action as follows:

| | |
|---|---|
| Steven J. Skikos, Esq.<br>Adriana Suarez Desmond, Esq.<br>Piper L. Morrison, Esq.<br>SKIKOS, CRAWFORD, SKIKOS,<br>JOSEPH & MILLICAN<br>625 Market Street, 11th Floor<br>San Francisco, CA 94105 | Attorneys for Plaintiffs<br><br>T: (415) 546-7300<br>F: (415) 546-7301<br><br>sskikos@skikoscrawford.com<br>asuarez@skikoscrawford.com<br>pmorrison@skikoscrawford.com |

**BY CM/ECF** for parties that are CM/ECF participants. Service is being made electronically on those parties on the attached list that are registered users of the Court's Electronic Case Filing System.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on June 1, 2011, at Los Angeles, California.

_____
Deanna Castellanos

554904.1 / 25-060

[PROPOSED] ORDER RE: STIPULATION TO STAY PROCEEDINGS